KENNETH THOMAS PEREZ, Estate
Office of the General Executor
General Delivery
In Care Of: 535 Box Canyon Road.
Canoga Park, California [91304-9998]
Ken.Perez1951@gmail.com

FILED
2016 APR 27  PM 12: 01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth, On Behalf of Himself,<br><br>                                    Plaintiff(s),<br>v.<br>COLLECTION BUREAU ASSOCIATES, EQUIFAX,<br><br>                                    Defendant(s). | CASE NUMBER<br>2:16-cv-02605-DSF-AJW ✗<br><br>NOTICE OF DISMISSAL PURSUANT<br>TO FEDERAL RULES OF CIVIL<br>PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: *(Check one)*

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is
     dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is
     dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is
     dismissed by the Claimant(s) in its entirety.

☑   **ONLY** Defendant(s) COLLETION BUREAU ASSOCIATES _____

    is/are dismissed from *(check one)* ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
    brought by Kenneth, On Behalf of Himself _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


4/27/16                                              X _____
_____                                         
     Date                                            *Signature of Attorney/Party*


**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*